UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALDEN A. THOMAS,           )
                           )
          Petitioner,      )   No. CV 10-535 DSF (AJW)
                           )
     v.                    )
                           )   ORDER ADOPTING REPORT AND
JOHN F. SALAZAR,           )   RECOMMENDATION OF
                           )   MAGISTRATE JUDGE
          Respondent.      )
_____)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: 3/25/10

_____
Dale S. Fischer
United States District Judge