```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    CENTRAL DISTRICT OF CALIFORNIA
10                           WESTERN DIVISION
11  ALDEN A. THOMAS,              )
                                  )
12              Petitioner,       ) Case No. CV 10-535-DSF (AJW)
                                  )
13         v.                     )
                                  )     JUDGMENT
14  JOHN F. SALAZAR,              )
                                  )
15              Respondent.       )
    _____)
16
17       It is hereby adjudged that the petition for a writ of habeas
18  corpus is dismissed.
19          3/25/10
20  Dated: _____
                                        [signature: Dale S. Fischer]
21                                      _____
                                        Dale S. Fischer
22                                      United States District Judge
23
24
25
26
27
28
```